```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675028799
Cashier ID: astraugh
Transaction Date: 10/16/2013
Payer Name: JERRY GONZALEZ

CIVIL FILING FEE
For: JERRY GONZALEZ
Case/Party: D-TNM-2-13-CV-000105-001
Amount:         $400.00
----------------------------------------
CHECK
Check/Money Order Num: 7005
Amt Tendered: $400.00
----------------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00
```