IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| SHERON DAVIS, | ) | |
| | ) | |
|    Plaintiff, | ) | NO.  2:13-CV-00105 |
| | ) | |
| v. | ) | JUDGE SHARP |
| | ) | |
| MACON COUNTY, TENNESSEE, | ) | |
| | ) | |
|    Defendant. | ) | |

**NOTICE OF APPEARANCE**

Comes now Defendant MACON COUNTY, TENNESSEE, by and through the undersigned counsel, and enters a Limited Appearance without waiving any objection with regard to the jurisdiction of this Court over the person of the Defendant, and preserving all rights to file Rule 12 Motions, specifically including, but not limited to, objections to the jurisdiction of this Court over the person of the Defendants, and to answer or plead further, or to move for a Summary Judgment under Rule 56. However, Defendant does waive service of summons. Defendant communicated this waiver to counsel for the Plaintiff on November 19, 2013 by transmission of the Waiver of Service of Summons form attached as Attachment 1.

                                           Respectfully submitted,

                                           BATSON NOLAN PLC

                                           By: /s/ Erik Fuqua
                                                 Mark Nolan, BPR 015859
                                                 Erik Fuqua, BPR 029972
                                                 Attorneys for Defendant
                                                 121 South Third Street
                                                 Clarksville, Tennessee 37040
                                                 (931) 647-1501

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system or other appropriate means to:

>Jerry Gonzalez
>Jerry Gonzalez, PLC
>2441-Q Old Fort Parkway
>Murfreesboro, TN 37128
>*Attorney for Plaintiff*

on this 19th day of November, 2013.

BATSON NOLAN PLC

By: /s/ Erik Fuqua